UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CINDY DAVISON, *Individually and as* *Administrator of the Estate of Randall Davison*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV616-039 |
| GEORGIA CORRECTIONAL HEALTH, LLC et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

The Court having reviewed and considered the petition of Sarah Geraghty of the law firm of Southern Center for Human Rights, 83 Poplar Street, NW, Atlanta, Georgia 30303 for permission to appear pro hac vice on behalf of plaintiff, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Sarah Geraghty as counsel of record for plaintiff, in this case.

**SO ORDERED** this __7th__ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA