# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CINDY DAVISON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV616-039 |
| ) | |
| GEORGIA CORRECTIONAL HEALTH, ) | |
| LLC et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The Court having reviewed and considered the petitions of Jason M. Beach, Lawrence J. Bracken II, and Daniel B. Millman of the law firm of Hunton & Williams LLP, 600 Peachtree Street, N.E., Suite 4100, Atlanta, Georgia 30308, for permission to appear pro hac vice on behalf of plaintiff Cindy Davison, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jason M. Beach, Lawrence J. Bracken II, and Daniel B. Millman as counsel of record for plaintiff Cindy Davison, in this case.

**SO ORDERED** this __15th__ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA