```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF GEORGIA
           STATESBORO DIVISION
```

```
CINDY DAVISON, as Administrator  *
of the Estate of Randall         *
Davison,                         *
                                 *
        Plaintiff,               *
                                 *
     v.                          *    CV 616-039
                                 *
GEORGIA CORRECTIONAL HEALTH,     *
LLC, d/b/a GEORGIA CORRECTIONAL  *
HEALTHCARE; STEPHEN NICOLOU,     *
P.A.; and SERGEANT DEDRICK       *
ANTHONY,                         *
                                 *
        Defendants.              *
```

**O R D E R**

On April 4, 2016, Plaintiff filed a complaint, which named Georgia Correctional Health, LLC, and Stephen Nicolou as defendants. (Doc. 1.) Then, on May 25, 2016, Plaintiff filed an amended complaint; however, that complaint did not name Defendant Georgia Correctional Health, LLC, as a defendant. (Doc. 14.) Accordingly, Plaintiff has filed the instant unopposed motion to dismiss Defendant Georgia Correctional Health, LLC, without prejudice. (Doc. 21.)

Pursuant to Federal Rule of Civil Procedure 21, "the court may at any time, on just terms, add or drop a party." Therefore, upon due consideration, the Court **GRANTS** Plaintiff's motion and **DISMISSES** Defendant Georgia Correctional Health, LLC, **WITHOUT PREJUDICE**. Consequently, the Clerk is directed to

**TERMINATE** Defendant Georgia Correctional Health, LLC, as a party.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA