IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CINDY DAVISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | NO. 6:16-CV-39-JRH-GRS |
| STEPHEN NICOLOU, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

BEFORE THE COURT is Plaintiff Cindy Davison's Unopposed Motion for Extension of Discovery Deadlines. Defendants do not object to the extensions requested therein. Having considered the foregoing motion, and for good cause shown, and there being no objection by Defendants, said motion is hereby *Granted*. The Court hereby extends the deadlines set forth in its August 18, 2016, Order (Doc. 42) as follows:

| | Original Deadline | Extended Deadline |
|---|---|---|
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by PLAINTIFF | 11/18/2016 | 1/29/2017 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by DEFENDANT | 12/30/2016 | 3/15/2017 |

| | | |
|---|---|---|
| JOINT STATUS REPORT | 11/10/2016 | 1/29/2017 |
| CLOSE OF DISCOVERY | 1/30/2017 | 4/14/2017 |
| LAST DAY FOR FILING CIVIL MOTIONS, **INCLUDING *DAUBERT* MOTIONS but EXCLUDING MOTIONS IN LIMINE** | 2/28/2017 | 5/13/2017 |

SO ORDERED, THIS 10TH DAY OF November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA