IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CINDY DAVISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | NO. 6:16-CV-39-JRH-GRS |
| STEPHEN NICOLOU, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SECOND JOINT STATUS REPORT

Pursuant to this Court's Order of November 10, 2016 ("the Scheduling Order"), (Doc. 58) the parties submit this Second Joint Status Report showing as follows:

1. The parties have pursued discovery. On December 5, 2016, Plaintiff and Defendants responded to their respective requests for production and interrogatories.

2. Plaintiff has issued subpoenas for documents to Defendants' employers, Georgia Correction HealthCare (GCHC) and the Georgia Department of Corrections (GDOC). GCHC has provided a partial response and Plaintiff awaits the rest of GCHC's response. GDOC agreed to respond on January 31, 2017, after conferring with Plaintiff to narrow the scope of the subpoena

and request additional time to respond.  Plaintiff will fully supplement her responses to Defendants' requests for production when she receives complete responses from GCHC and GDOC.[1]

3. Plaintiff will amend her initial disclosures to identify her expert witness and will furnish said expert's report to Defendants by January 29, 2017, as required by the Scheduling Order.

4. With Defendants' consent and cooperation, Plaintiff noticed the depositions of five non-party witnesses specifically identified in Defendants' responses to Plaintiff's interrogatories.  These depositions are scheduled for February 9 and 10.

5. Plaintiff anticipates that she will seek further discovery including:

    a. depositions of Defendants;

    b. depositions of Defendants' expert witness[es] if designated; and

    c. additional interrogatories, requests for production, non-party subpoenas for documents, and non-party depositions as the need may be determined based on the scheduled depositions, anticipated depositions, supplemental document productions, and anticipated subpoena responses.

6. Defendants anticipate they will seek further discovery including:

---

[1] Plaintiff's counsel has provided a courtesy copy of the partial production from GCHC.

a. supplemental responses from Plaintiff to Defendants' interrogatories and requests for production;

b. deposition of plaintiff;

c. depositions of inmate and other witnesses identified in Plaintiff's discovery responses;

d. depositions of Plaintiff's expert witness[es] as the need may be determined if designated;

e. disclosure of Defendants' expert witness on or before March 15, 2017 as required by the Scheduling Order, as the need may be determined upon review of Plaintiff's expert witness disclosure;

f. additional interrogatories, requests for production, requests for admission, non-party subpoenas for documents, and non-party depositions as the need may be determined based on the scheduled depositions, anticipated depositions, supplemental document productions, and anticipated subpoena responses.

This 27th day of January, 2017.

| | |
|---|---|
| /s/Sarah Geraghty<br>Gerald Weber<br>Georgia Bar No. 744878<br>Sarah Geraghty<br>Georgia Bar No. 291393<br>SOUTHERN CENTER FOR HUMAN RIGHTS<br>83 Poplar Street, N.W.<br>Atlanta, Georgia 30303-1202<br>Telephone: (404) 688-1202<br>Facsimile: (404) 688-9440<br>*gweber@schr.org*<br>*sgeraghty@schr.org*<br><br>/s/ Daniel B. Millman<br>Lawrence J. Bracken II<br>Georgia Bar No. 073750<br>Jason M. Beach<br>Georgia Bar No. 043606<br>Daniel B. Millman<br>Georgia Bar No. 603728<br>HUNTON & WILLIAMS LLP<br>Bank of America Plaza, Suite 4100<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308-2216<br>Telephone: (404) 888-4000<br>Facsimile: (404) 888-4190<br>*lbracken@hunton.com*<br>*jbeach@hunton.com*<br>*dmillman@hunton.com*<br><br>**Attorneys for Plaintiff** | /s/ Roger A. Chalmers<br>Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505<br>Kathleen M. Pacious<br>Deputy Attorney General<br>Georgia Bar No. 558555<br>Devon Orland<br>Senior Assistant Attorney General<br>Georgia Bar No. 554301<br>Roger A. Chalmers<br>Georgia Bar No. 118720<br>Assistant Attorney General<br>David S. Grossman<br>Assistant Attorney General<br>Georgia Bar No. 798341<br>State Law Department<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>Telephone: (404) 463-8850<br>Fax: (404)651-5304<br>*rchalmers@law.ga.gov*<br>*dgrossman@law.ga.gov*<br><br>**Attorneys for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing to all attorneys of record.

/s/ Daniel B. Millman
*Counsel for Plaintiff*