UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CINDY DAVISON, as Administrator of the Estate of Randall Davison, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN NICOLOU, P.A., and SERGEANT DEDRICK ANTHONY, <br><br> Defendants. | CIVIL ACTION NO. <br> 6:16-cv-39-JRH-GRS |

## ORDER

Having fully considered the matter and for good cause shown, the Court hereby **ORDERS** that Defendants' Motion for Leave to Depose Potential Inmate Witnesses be and is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendants are hereby given leave to depose inmates Paul Kozachyn, Jerry Reed, Tavis Oates, Willard White, and any other inmates learned through discovery to have personal knowledge of the factual allegations contained within the Plaintiff's amended complaint.

So ordered this  31st  day of   January   , 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA