# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CINDY DAVISON, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION |
| v. | )<br>) NO. 6:16-CV-39-JRH-GRS |
| STEPHEN NICOLOU, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## ORDER

This matter is before the Court on the parties' proposed amended scheduling order. Having considered the parties' submission, the scheduling order is amended as follows:

1. Plaintiff shall immediately serve Defendants Ball and Thrift or provide waivers of service under Rule 4 to counsel for Ball and Thrift;

2. The parties hereby stipulate and move for an extension of the time for Defendant Nicolou to answer or respond to the Second Amended Complaint so that it corresponds to the time for any required answer to same by Defendants Ball and Thrift;

3. Defendants Nicolou, Ball, and Thrift shall file any required answer to the Second Amended Complaint (Doc. 101) within 30 days of the Court entering an order on Defendant Nicolou's objection to the order granting leave to amend the complaint (Doc. 99);

4. Defendants Ball and Thrift may move for summary judgment within 30 days of the Court entering an order on Defendant Nicolou's objections to the order granting leave to amend the complaint (Doc. 99); and

5. Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

SO ORDERED, this 13th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE SOUTHERN DISTRICT OF GEORGIA