

FILED
Scott L. Poff, Clerk
United States District Court

*By Ericka Sharpe at 9:22 am, Sep 19, 2018*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

CINDY DAVIDSON, as Administrator  )
Of the Estate of Randal Davidson,   )
                          )
      Plaintiff,           )
                          )
v.                       )        CV616-039
                          )
STEVE NICOLOU, P.A., *et al.,*     )
                          )
      Defendants.       )

## <u>ORDER</u>

One of the defendants in this 42 U.S.C. § 1983 case, Steve Nicolou, passed away in April 2018. Doc. 131. Plaintiff seeks leave to substitute his estate as a defendant and for time to serve its administrator, once one is appointed. *Id.* Plaintiff's motion indicates that the remaining defendants do not oppose. *Id.* at 5 n. 3. Accordingly, plaintiff's motion is **GRANTED**. Doc. 131. The Clerk is **DIRECTED** to substitute "John Doe, as Administrator of the Estate of Steve Nicolou," for defendant Nicolou. Plaintiff shall serve the administrator as soon as practicable, but no later than 45 days after his appointment.

**SO ORDERED**, this 19th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA